No. 77–961. NEW YORK TELEPHONE CO. ET AL. *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. [Certiorari granted, 435 U. S. 941.] Motions of Center on National Labor Policy and Stephen R. Havas et al. for leave to file briefs as *amici curiae* granted.

No. 77–1305. PARKLANE HOSIERY CO., INC., ET AL. *v.* SHORE. C. A. 2d Cir. [Certiorari granted, 435 U. S. 1006.] Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 77–1427. NEW YORK CITY TRANSIT AUTHORITY ET AL. *v.* BEAZER ET AL. C. A. 2d Cir. Certiorari granted limited to Questions 3 and 4 presented by the petition.

No. 75–1710. RANKIN COUNTY BOARD OF EDUCATION ET AL. *v.* ADAMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1797. COMMISSIONERS OF ELECTION OF UNION COUNTY ET AL. *v.* LYTLE. C. A. 4th Cir. Certiorari denied.

No. 77–555. BUCK *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–657. FLINT ET AL. *v.* GAGLIARDI. C. A. 3d Cir. Certiorari denied.

No. 77–688. LOWELL SCHOOL DISTRICT No. 71 *v.* KERR. C. A. 9th Cir. Certiorari denied.

No. 77–731. CITY OF PITTSBURGH *v.* MAHONE ET AL. C. A. 3d Cir. Certiorari denied.